IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED
APR - 1 2026
Clerk U.S. District Court
Greensboro NC
BY

LAMONT JEREMIAH MCCAULEY, )
Estate, )
)
Plaintiff, )
) 1:25-CV-796
v. )
)
CANDICE L. BROCE, GEORGIA )
DEPARTMENT OF HUMAN )
SERVICES, and GWINNETT COUNTY )
DCSS, )
)
Defendants. )

## ORDER

This matter is before the Court on the United States Magistrate Judge's

Memorandum Opinion and Recommendation ("Recommendation") to dismiss the case

under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. The United States Magistrate

Judge filed the Recommendation on March 2, 2026. (Dkt. 6). The Clerk's office served

notice on the parties (Dkt. 8), and no objections were filed within the requisite time limits.

*See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Therefore, the Court need not make

a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment).  After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Dkt. 6) is **ADOPTED**.  **IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 1st day of April, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2